THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY EDWIN HAMILTON,

    Plaintiff,

v.

LT. KEITH ROBB, et al.,

    Defendants.

3:18-CV-1915
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 8th DAY OF MAY, 2019**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 3) for clear error or manifest injustice,[1] **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 3) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] The Court notes that Plaintiff filed numerous documents after Magistrate Judge Carlson issued the R&R on October 4, 2018, although none of these documents respond to the findings of the R&R in any discernable way. (*See, e.g.*, Doc. 4 ("Plaintiff's Request for Writ of Mandamus or Habeas Corpus and Temporary Restraining Order"), Docs. 5-9 (series of Affidavits), Doc. 10 ("Amended Plaintiff's Request for Habeas Corpus and Damages for Violations of the United States Constitution")). Accordingly, Plaintiff has not objected to the R&R, and the Court reviews the R&R under a standard of clear error or manifest injustice.