## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY EDWIN HAMILTON,

        Plaintiff,

        v.

LT. KEITH ROBB, et al.,

        Defendants.

:
:CIVIL ACTION NO. 3:18-CV-1915
:
:(JUDGE MARIANI)
:
:
:
:
:
:

## ORDER

AND NOW, THIS ____/2 th____ DAY OF MARCH 2020, upon consideration

of Plaintiff's Motion for Reconsideration (Doc. 12) and all relevant documents, for the

reasons set out in the simultaneously filed Memorandum opinion, **IT IS HEREBY**

**ORDERED THAT** Plaintiff's Motion for Reconsideration (Doc. 12) is **DENIED**.

Robert D. Mariani
United States District Judge